UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JADRANKA SAMONA,

    Plaintiff,

                      CASE NO. 2:15-CV-11713
                      JUDGE MARK A. GOLDSMITH
                      MAGISTRATE JUDGE ANTHONY P. PATTI

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER REQUIRING PLAINTIFF TO SUPPLEMENT HER MAY 13, 2015 APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (DE 2)

On May 13, 2015, Jadranka Samona filed this lawsuit. DE 1. On the same day, she also filed an application (DE 2) to proceed in district court without prepaying fees or costs.

This case has been referred to the undersigned for pretrial matters. DE 5. Having reviewed Plaintiff's application to proceed in forma pauperis (DE 2), the Court concludes that it is not in a position to rule at this time. The form application (AO 240) is devoid of answers to Question Nos. 5, 6, 7 and 8. *See* DE 2 at 2.

Therefore, the application to proceed in district court without prepaying fees or costs (DE 2) is HELD IN ABEYANCE. Within ten (10) days of the date of this

order, Plaintiff SHALL file a supplemental application which fully answers Question Nos. 5-8, preferably with the assistance of her counsel.

IT IS SO ORDERED.

Dated: June 26, 2015            s/Anthony P. Patti
                                ANTHONY P. PATTI
                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on June 26, 2015, electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti
                                (313) 234-5200